1  **BRYAN CAVE LEIGHTON PAISNER LLP**
2  Kenneth L. Marshall, California Bar No. 277092
   *lee.marshall@bclplaw.com*
3  Alexandra C. Whitworth, California Bar No. 303046
   *alex.whitworth@bclplaw.com*
4  Three Embarcadero Center, 7th Floor
   San Francisco, CA  94111-4070
5  Telephone:   (415) 675-3400
   Facsimile:   (415) 675-3434
6
   Jeffrey A. Wakolbinger, *pro hac vice forthcoming*
7  *jeff.wakolbinger@bclplaw.com*
   161 North Clark Street, Suite 4300
8  Chicago, Illinois 60601
   Telephone:   (312) 602-5000
9  Facsimile:   (312) 602-5050

10 Ellen E. Whitehorn, *pro hac vice forthcoming*
   *ellen.whitehorn@bclplaw.com*
11 Nicole L. Wurm*, pro hac vice forthcoming*
   *nicole.wurm@bclplaw.com*
12 One Metropolitan Square
   211 North Broadway, Suite 3600
13 St. Louis, Missouri 63102

14 Attorneys for Plaintiff AIRWAIR INTERNATIONAL LTD.

15             **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17 AIRWAIR INTERNATIONAL LTD., a            Case No. 3:24-cv-08437
   company of the United Kingdom,
18                                          **COMPLAINT FOR**
                Plaintiff,
19                                          **(1)   BREACH OF CONTRACT**
        vs.                                 **(2)   BREACH OF IMPLIED COVENANT**
20                                          **      OF GOOD FAITH AND FAIR**
   ZOETOP BUSINESS CO., LIMITED d/b/a       **      DEALING**
21 SHEIN, a Hong Kong corporation,          **(3)   FEDERAL TRADEMARK**
                                            **      INFRINGEMENT**
22              Defendant.                  **(4)   FEDERAL FALSE DESIGNATION OF**
                                            **      ORIGIN**
23                                          **(5)   FEDERAL TRADEMARK**
                                            **      DILUTION**
24                                          **(6)   CALIFORNIA STATUTORY UNFAIR**
                                            **      COMPETITION**
25                                          **(7)   COMMON LAW UNFAIR**
                                            **      COMPETITION**
26                                          **(8)   CALIFORNIA STATUTORY**
                                            **      TRADEMARK DILUTION**
27
                                            **DEMAND FOR JURY TRIAL**
28

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

1.    Plaintiff AIRWAIR INTERNATIONAL LTD. ("**AirWair**") designs, manufactures, markets, and sells the well-known Dr. Martens®-brand footwear. Defendant ZOETOP BUSINESS CO., LIMITED (referred to throughout this Complaint by its trade name, "**SHEIN**") manufactures, markets, and sells knock-offs of AirWair's products through its website at www.shein.com.

2.    In 2020, AirWair sued SHEIN in this district, ultimately claiming that 45 separate footwear products infringed AirWair's trade dress. *See Airwair Int'l Ltd. v. Zoetop Bus. Co.*, Case No. 3:20-cv-07696 (N.D. Cal.) (the "**Prior Lawsuit**"). The parties resolved the Prior Lawsuit near the close of the discovery period through a confidential settlement agreement having an effective date of January 19, 2022 (the "**Settlement Agreement**").

3.    Since entering into the Settlement Agreement, SHEIN has shown itself to be an unrepentant infringer. In 2022 and 2023, AirWair sent multiple Breach Notices to SHEIN pursuant to the Settlement Agreement.

4.    On October 25, 2024, AirWair sent SHEIN its fifth Breach Notice—advising SHEIN this time of 41 individual products that were being marketed, offered, and sold at www.shein.com in violation of the Settlement Agreement. The Settlement Agreement provides a mechanism for SHEIN, at its option, to cure breaches of the agreement by taking specific actions within specified periods of time. Although the parties conferred and sought to resolve the dispute as to the 41 products identified in the October 25 Breach Notice, SHEIN ultimately chose not to or otherwise failed to timely cure the breaches as to each of the 41 products.

5.    Since sending the October 25 Breach Notice, AirWair has identified 11 more infringing products offered at www.shein.com. AirWair therefore sent a sixth Breach Notice to SHEIN on November 25, 2024, asserting that each of those 11 products is a breach of SHEIN's obligations under the Settlement Agreement. To the extent SHEIN does not exercise its option to fully cure the breaches as to those 11 products, AirWair's

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

intent is for those products to be among those covered by the claims set forth in this Complaint.

6.      SHEIN's near-constant infringement of AirWair's rights since entering into a Settlement Agreement to resolve the Prior Lawsuit suggests that SHEIN never had any intention of complying with the prohibitions set forth in the Settlement Agreement. Instead, SHEIN has played a game of "catch me if you can," effectively outsourcing its intellectual property compliance obligations to AirWair. AirWair must police SHEIN's massive and constantly changing online marketplace for infringements and alert SHEIN of a breach in every instance. After first gambling that some products will be listed and sold through before AirWair catches them (as undoubtedly is the case), SHEIN can then choose to take advantage of the cure provisions in the Settlement Agreement if it gets caught or take the gamble that AirWair will not file another lawsuit over a few products. The game is up. The volume, frequency, and severity of SHEIN's infringements and breaches of the Settlement Agreement have left AirWair no choice but to come back to this Court to enforce its rights and put an end to SHEIN's rampant sale of knock-off Dr. Marten boots, shoes, and sandals.

## **PARTIES**

7.      AirWair International Ltd. is a company of the United Kingdom, located and doing business at Cobbs Lane, Wollaston, Northamptonshire, United Kingdom, NN29 7SW.

8.      On information and belief, Defendant ZOETOP BUSINESS CO., LIMITED is a Hong Kong corporation located and doing business at Rm 112 19/F TAIKOO SHING, 14 Taikoo Wan Rd., Quarry Bay, Hong Kong SAR. Using the trade names ROMWE and SHEIN, it conducts substantial e-commerce business and markets, distributes, and sells clothing and footwear products in the United States and within this District through the websites www.shein.com and https://romwe.com/.

## JURISDICTION, VENUE, AND DIVISIONAL ASSIGNMENT

9.     This Court has subject matter jurisdiction over this action under 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a) in that claims in this case arise under the trademark laws of the United States, 15 U.S.C. §§ 1051 *et seq.*

10.     This Court has pendant jurisdiction over state-law claims under 28 U.S.C. § 1338(b) in that those claims are joined with a substantial and related claim under the trademark laws of the United States.

11.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because SHEIN conducts business within this District and has engaged in, and continues to engage in, acts of advertising, offering, and selling retail goods and products to consumers located within this District.

12.     Divisional assignment is proper in the San Francisco Division because the Prior Lawsuit between AirWair and SHEIN was litigated before Judge Ilston in this Division and was resolved through the Settlement Agreement, which provides that future disputes related to the Settlement Agreement may be heard by Judge Illston.

13.     SHEIN has also directed its activities, including the sale of infringing footwear, specifically towards the State of California. SHEIN's e-commerce business and supporting marketing activities have been specifically directed at the California market.

14.     The Settlement Agreement between the Parties is governed by, and construed and interpreted in accordance with, the laws of the State of California and provides that it may be enforced in federal court in the Northern District of California.

### DR. MARTENS TRADE DRESS

15.     AirWair has been manufacturing, marketing, and selling Dr. Martens footwear since 1960. Dr. Martens footwear is famous worldwide, and has been sold in England, throughout Europe and the United States, and in various markets throughout Asia, the Middle East, Australia, New Zealand, Canada, Mexico, and Central and South America.

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

Bryan Cave Leighton Paisner LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105-2122

16.     Dr. Martens footwear is widely recognized and extremely popular and has achieved recognition as ranking among the world's greatest and most recognizable brands. The distinctive trade dress of its iconic boots and shoes has been used by the company since 1960 and is world famous. Over the past 40 years, millions of pairs of shoes, boots, and sandals with the distinctive trade dress have been sold in the United States. Dr. Martens footwear has been featured in movies, in magazines, and in public appearances of countless celebrities for decades. In recent years, the footwear has gone viral on social media, featured by numerous influencers.

17.     Consumers recognize the trade dress on many different Dr. Martens styles and identify that trade dress with the Dr. Martens brand.

18.     The iconic Dr. Martens 1460 boot, virtually unchanged since it was released in 1960, is shown below:

 

19.     The Dr. Martens 1460 boot displays the "**AirWair Classic Trade Dress**," which combines the following features: 1) yellow welt stitching; 2) a grooved sole edge; 3) an angled heel breast (the front part of the heel); 4) a two-tone sole edge; 5) the DMS sole pattern; 6) the "DMS" cleat pattern; and 7) a yellow-and-black heel loop.

20.     The AirWair Classic Trade Dress has been used continuously in the United States since at least 1984. It appears on many of AirWair's most iconic styles, sometimes with slight variations (e.g., the omission of the heel loop on most shoes).

21.     In 2013, AirWair began marketing a new style called the "Jadon" boot. This product took elements of the AirWair Classic Trade Dress, which consumers recognize

and associate with the Dr. Martens brand. The Jadon boot ultimately became a commercial success.

22.     The trade dress displayed on the Jadon boot combines the following features: 1) contrast welt stitching; 2) a grooved sole edge; 3) an angled heel; 4) a distinctive, double-layered platform sole; 5) the AirWair "Quad" cleat pattern; and 6) a yellow and black heel loop ("**Jadon Trade Dress**"):

 

23.     AirWair holds registrations for various trade dress elements and trademarks throughout the world, including but not limited to the following registrations in the United States Patent and Trademark Office. *See* Exhibit 1. (The Marks depicted in these registrations are referred to herein as the "**AirWair Registered Trademarks.**")

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

| Trade Dress Mark[1] | Design Element (where applicable) | Goods/Services |
|---|---|---|
| **Footwear Design** 2,437,750 03/27/2001 **\*INCONTESTABLE** |  | Class 25: Footwear Notes:  The mark consists of a welt stitch located around the perimeter of footwear. The phantom lining is not a part the mark, but merely indicates the position of the mark.  The drawing of the welt stitch is lined for the color yellow and claim is made to color. |
| **Footwear Design** 2,437,751 03/27/2001 **\*INCONTESTABLE** |  | Class 25: Footwear Notes:  The mark consists of the combination of yellow stitching in the welt area and a two-tone grooved sole edge. The drawing of the welt stitch is lined for the color yellow, and claim is made to color. |
| **Footwear Design (The "DMS undersole")** 2,102,468 10/07/1997 **\*INCONTESTABLE** |  | Class 25: Footwear Notes:  The mark consists of the design of an undersole. The phantom lining is not a part of the mark, but merely indicates the position of the mark. |

Bryan Cave Leighton Paisner LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105-2122

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

| | | |
|---|---|---|
| **Footwear Design**<br>5,067,689<br>10/25/2016<br><br>**\*INCONTESTABLE** |  | Class 25: Footwear<br><br>Notes:  The mark consists of the design of a sole edge including longitudinal ribbing, and a dark color band over a light color.  The phantom lining is not a part of the mark, but merely indicates the position of the mark. |
| **Footwear Design**<br>5,067,692<br>10/25/2016<br><br>**\*INCONTESTABLE** |  | Class 25: Footwear<br><br>Notes:  The mark consists of longitudinal ribbing and a dark color band over a light color on the outer sole edge, welt stitching, and a tab located at the top back heel of footwear. |
| **Footwear Design**<br>2,835,657<br>4/27/2004<br><br>**\*INCONTESTABLE** |  | Class 25: Footwear<br><br>Notes: The mark consists of the word "AIRWAIR" in stylized yellow lettering on a black loop affixed to the heel of footwear, as shown in the accompanying drawing. The drawing is lined for the colors yellow and black, and color is claimed as a feature of the mark. The phantom lining is not a part of the mark, but merely indicates the position of the mark. |

| **Footwear Design**<br>7,039,347<br>5/2/2023 |  | Class 25: Footwear<br><br>The mark consists of a three-dimensional configuration of the midsole of footwear consisting of a combination of contrast stitching in the welt area and a two-tone grooved sole edge. The dotted line portions of the drawing are not part of the mark and serve only to show the position of the mark on the goods. |
| --- | --- | --- |
| **Footwear Design**<br>7,039,348<br>5/2/2023 |  | Class 25: Footwear<br><br>The mark consists of a three-dimensional configuration of the midsole of footwear consisting of a combination of contrast stitching in the welt area and a grooved sole edge on a thick sole. The dotted line portions of the drawing are not part of the mark and serve only to show the position of the mark on the goods. |

Bryan Cave Leighton Paisner LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105-2122

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

| **Footwear Design** 7,182,779 10/3/23 | | Class 25: Footwear<br><br>The mark consists of a three-dimensional configuration of footwear consisting of a grooved sole edge in black, a two-tiered welt area with rounded edges intersected by yellow stitching, and a grooved footbed edge in black. The dotted line portions of the drawing are not part of the mark and serve only to show the position of the mark on the goods. |
|---|---|---|
| **AIRWAIR (stylized)** 2,904,858 11/23/2004<br><br>**\*INCONTESTABLE** | *AirWair* | Class 25: Footwear<br><br>Notes: Color is not claimed as a feature of the mark. |
| **AIRWAIR WITH BOUNCING SOLES** 1,940,547 12/12/1995 | AirWair WITH SOLE Bouncing | Class 25: Footwear<br><br>Notes: The drawing is lined for the color yellow and color is a feature of the mark. |
| **WITH BOUNCING SOLES** 6,167,927 10/6/2020 | WITH BOUNCING SOLES | Class 25: Footwear<br><br>Notes: The mark consists of standard characters without claim to any particular font style, size or color. |

24.    Registrations 2,437,750; 2,437,751; 2,102,468; 5,067,689; 5,067,692; 2,835,657; and 2,904,858 have become incontestable within the meaning of 15 U.S.C. §§ 1065 and 1115.

25.    The above registrations constitute *prima facie* evidence of the registered marks' validity and, in the case of those registrations that are incontestable, conclusive

evidence of those registered marks' validity and AirWair's exclusive right to use the registered trade dress and trademarks in connection with the goods identified therein.

26.     The AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks are unique and distinctive when applied to AirWair's footwear, and they serve to identify the merchandise as high-quality goods from AirWair.

27.     The AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks have acquired distinctiveness.

28.     The distinctive AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks are non-functional.

29.     The AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks qualify as famous marks, as that term is used in 15 U.S.C. § 1125(c)(1), and such marks have been continuously used and never abandoned.

30.     In 2021, a jury in this district returned a verdict against another retailer, finding that the AirWair Classic Trade Dress, the Jadon Trade Dress, and each of the AirWair Registered Trademarks that were asserted in that case were valid, famous, and infringed. *See AirWair Int'l Ltd. v. ITX USA, LLC*, No. 3:19-cv-7641-SI (N.D. Cal. Aug. 9, 2021).

31.     Prior to engaging in the unlawful acts alleged herein, SHEIN had constructive and actual knowledge of the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks.

## SHEIN'S UNLAWFUL ACTS

32.     For purposes of settling the Prior Lawsuit, AirWair and SHEIN entered into the Settlement Agreement. Paragraph 21 of the Settlement Agreement provides that its terms are to be kept confidential. A copy of the Settlement Agreement is filed under seal as Exhibit 2 to this Complaint.

33.     Paragraph 6 of the Settlement Agreement prohibits SHEIN from manufacturing, importing, distributing, licensing, selling, marketing, advertising, promoting, or offering for sale footwear bearing certain design elements.

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

34.    Paragraph 11 of the Settlement Agreement sets forth a procedure for AirWair to provide a Breach Notice to SHEIN in the event AirWair claims a breach of the Settlement Agreement.

35.    On October 25, 2024, AirWair provided a Breach Notice to SHEIN that certain footwear at www.shein.com infringes AirWair's trade dress and breaches the Settlement Agreement.

36.    The October 25 Breach Notice identified 41 separate products, each identified by SKU, name, and image. Those 41 products (the "**October 25 Infringements**") are listed below and pictured in Exhibit 3.

| | Style Name | SKU |
|---|---|---|
| 1 | European And American Style Buckle Casual Beach Sandals Thick-Soled Flat Sandals For Summer | Sx2403060535045939 |
| 2 | 2023 New Arrival Women's Soft Leather Boots, British Style Spring & Autumn Ankle Boots, Summer Thin Section, Thick Bottom Short Boots | Sx2310272571928445 |
| 3 | Women's Fashionable Pink Heart Shaped Thick-Soled Ankle Boots, with Black and Pink Outfit | SX2309157093025829 |
| 4 | Dream Paris Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up - Gold | Sx2211177712788299 |
| 5 | Dream Paris Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up - Pink | Sx2211177712740444 |
| 6 | Goth Women Bat Buckle Décor Lace-up Front Combat Boots, Cool Outdoor Fashion Boots | Rx2307238584849964 |
| 7 | Balabala Young Fashion Martin Boots | Sx2310164040475049 |
| 8 | New Lace-Up Boots Women, British Style Mid-Heel Platform Short Boots, Round Toe Ankle Boots For Ladies | sx2408284288433862 |
| 9 | Faux Leather Lace Up Lug Sole Combat Boots – white | Sx2308186486415203 |
| 10 | Faux Leather Lace Up Lug Sole Combat Boots – pink | Sx2308180858117191 |

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

| | **Style Name** | **SKU** |
|---|---|---|
| 11 | Women's Platform Ankle Boots Low Heel Chelsea Boots Fashion Slip On Booties – black | sx2308026778152911 |
| 12 | Women's Platform Ankle Boots Low Heel Chelsea Boots Fashion Slip On Booties – white | sx2308026778119009 |
| 13 | Women's Pink Fashion Boots with Heart-shaped thick sole Y2k style | sx2309151179663835 |
| 14 | Women's New Black With Pink Bow Decoration Lace-Up Light Luxury Fashion All-Match Boots Internet Celebrity Fairy Style Princess Series Autumn And Winter Back To School Season Thick Bottom Heightening British Style Casual Outdoor Ankle Boots And Short Boots | sx2407220170297775 |
| 15 | New Arrival High End Boots British Style Formal Business Wedding Groom Leather Shoes Men's Casual Shoes | sx231230605697661 |
| 16 | Girls-Boys-Spring-Patent-Combat-Work-Boots-Wedding-Party-Prom-Side-Zipper-Ankle-Boots | Sk2308260459622778 |
| 17 | Womens Fashionable Lucie Boot | sx2312272562731438 |
| 18 | Women's Chunky Heel Boots, Fashionable Lace-Up Ankle Boots, Comfortable Ankle Boots | sx2408066197441961 |
| 19 | New Ankle Boots And Short Boots, Round Toe, Slip-On, Outdoor Casual, Pink Shoelaces, Side Zipper Decoration, Style With Sweater, Pink Sequin Heart Stripe Decoration | sx2406295990508018 |
| 20 | Women Fashion Ankle Boots, Casual Short Boots, Classic Mid-Calf Boots, Ladies Motorcycle Shoes, Mid-Calf Boots, Women Boots | sx2407065348844371 |
| 21 | Genuine Leather Boots For Women, 2023 New Collection, British Style, Spring Autumn Single Boots, Thin And Summer Short Boots Featuring Slim And Thick Bottom | Sx2310272571949819 |
| 22 | Kids' Beige Boots | Sk2310057012215416 |
| 23 | Men's Thick Sole Anti-Slip Wear-Resistant Round Toe Stylish Spider Web Design Lace-Up Casual Leather Shoes, Retro Fashion And | sx2407307720733312 |

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

| | Style Name | SKU |
|---|---|---|
| | Versatile Business Formal Leather Boots | |
| 24 | Women's Platform Chelsea Boots Low Heel Ankle Boots Fashion Slip On Booties | sx2308254757944787 |
| 25 | Women's Black Short Boots Retro Metal Buckle Round Toe Platform Motorcycle Boots | sx2407086197161863 |
| 26 | Women's Ankle Boots Fashion Booties Low Heel Lace up Ankle Boots | SX2307202855835711 |
| 27 | 2024 New Thick Sole Boots White Short Ankle Boots For Women, Spring Autumn British Style | sx2112046827192298 |
| 28 | Children's Boots | sk2309099907087377 |
| 29 | Women's New Black with Pink Box Decoration Lace-Up Light Luxury Ankle Boots | sx2407229706776390 |
| 30 | Men's Low-Cut Lace Up Leather Loafers with Round Toe, Suitable For Business, Office, Formal Wear | Sx2401196755872864 |
| 31 | Faux Leather Lace Up Lug Sole Combat Boots | Sx2308186040979785 |
| 32 | SHUZIA Women Solid Color Cross Strap Platform Wedge Sandals | sx2401252312031838 |
| 33 | Women's Lolita Fashion Boots Autumn Winter New Retro Contrast Color Sweet Punk Round Toe Lace-Up Thick Bottom British Ankle Boots | sx2407225153385500 |
| 34 | Women's Platform Chelsea Boots Low Heel Ankle Boots Fashion Slip On Booties | sx2308254757900262 |
| 35 | Women's Platform Chelsea Boots Low Heel Ankle Boots Fashion Slip On Booties | sx2308254757959010 |
| 36 | 2024 New Thick Sole Boots White Short Ankle Boots For Women, Spring Autumn British Style | sx2112046827197660 |
| 37 | Women's Fashionable Motorcycle Boots, British Style, Autumn New Style, Niche Street Explosion, Thick Heel Short Boots In Pink | Sx2309185495646637 |
| 38 | Shuzia Women's Black PU Iconic Replica Platform Boots | Sx2308184467358951 |
| 39 | European & American Women Summer Flat Sandals | Sx2403022142424209 |
| 40 | Men Autumn Boots Men Boots High Top Shoes | sx2407155475256533 |

COMPLAINT

| | Style Name | SKU |
|---|---|---|
| | British Style Work Boots Trendy Shoes Korean Version All Match | |
| 41 | SHUZIA Ladies White Trendy Platform New 2024 Combat Fashion Booties Shoe's | Sx2406195517632924 |

37.     Outside counsel for SHEIN responded to the October 25 Breach Notice and stated SHEIN's intent to invoke the Settlement Agreement's cure mechanism for 9 of the products identified in the October 25 Breach Notice.

38.     SHEIN ultimately failed to make a timely cure as to any of the products identified in the October 25 Breach Notice.

39.     SHEIN also failed to make a timely cure as to six products identified in Breach Notices served by AirWair in April 2022 and June 2023.

40.     On November 25, 2024, AirWair sent another Breach Notice to SHEIN—its sixth since entering into the Settlement Agreement—advising SHEIN of 11 additional products that infringed AirWair's trade dress and breached the Settlement Agreement. Again, AirWair identified each product by SKU, name, and image. Those 11 products (the "**November 25 Infringements**") are listed below and pictured in Exhibit 4.

| | Style Name | SKU |
|---|---|---|
| 1 | Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up - baby pink | sx2211177712705066 |
| 2 | Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up – black | sx2211177712754606 |
| 3 | Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up – multicolor | sx2211177712788167 |
| 4 | Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up – red | sx2211177712755883 |
| 5 | Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up - silver | sx2211177712721002 |
| 6 | SHUZIA Women's Stitching Platform Combat Boots–Lace-Up With Side Zipper, Trendy Essential | sx2408292341193182 |

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

| | Style Name | SKU |
|---|---|---|
| 7 | Kids Girls Glitter Ankle Boots Lace Up Waterproof Combat Boots With Side Zipper (Toddler) | sk2305236190947306 |
| 8 | Women Chunky Lug Sole Lace Up Ankle Boots – black | sx2410086983796686 |
| 9 | Olivia Miller Girls Toddler Space Case Combat Boots – pink | sk2406196700219155 |
| 10 | Olivia Miller Girls Toddler Space Case Combat Boots – black | sk2406196700271510 |
| 11 | Olivia Miller Girls Toddler Space Case Combat Boots - silver | sk2406196700247456 |

41.    SHEIN has thus manufactured, imported, distributed, licensed, sold, marketed, advertised, promoted, and/or offered for sale boots, shoes, and sandals that are direct and obvious copies of the distinctive AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks and that breach the Settlement Agreement. The intent to rip off AirWair can be seen from a comparison of SHEIN's offerings and genuine Dr. Martens products. Some examples are shown below.

| SHEIN'S KNOCK-OFF PRODUCT | GENUINE AIRWAIR PRODUCT |
|---|---|
|  |  |
| **SHEIN boots (sx2308026778152911)** | **Genuine Dr. Martens "2976 Smooth Leather Platform Chelsea Boots"** |

Bryan Cave Leighton Paisner LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105-2122

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

| SHEIN'S KNOCK-OFF PRODUCT | GENUINE AIRWAIR PRODUCT |
| --- | --- |
|  |  |
| SHEIN boots (Sk2308260459622778) | Genuine Dr. Martens "1460 Glitter Lace Up Boots" |
|  |  |
| SHEIN boots (Sx2310272571928445) | Genuine Dr. Martens "1460 Smooth Leather Boots" |

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

| SHEIN'S KNOCK-OFF PRODUCT | GENUINE AIRWAIR PRODUCT |
|---|---|
|  |  |
| **SHEIN boots (Sx2308184467358951)** | **Genuine Dr. Martens "Jadon Smooth Leather Platforms"** |
|  |  |
| **SHEIN boots (Sx2310272571949819)** | **Genuine Dr. Martens "1460 Women's Patent Leather Lace Up Boots"** |

| SHEIN'S KNOCK-OFF PRODUCT | GENUINE AIRWAIR PRODUCT |
|---|---|
| |  |
| SHEIN boots (sx2407225153385500) | Genuine Dr. Martens "1460 Women's Contrast Leather Lace Up Boots" |
|  |  |

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

Bryan Cave Leighton Paisner LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105-2122

| SHEIN'S KNOCK-OFF PRODUCT | GENUINE AIRWAIR PRODUCT |
| --- | --- |
|  |  |
| **SHEIN sandal (Sx2403060535045939)** | **Genuine Dr. Martens "Blaire Women's Brando Leather Strap Sandals"** |

42.     Some of SHEIN's current offerings are substantially identical to Accused Footwear from the Prior Lawsuit. Some examples are shown below.

| Prior Lawsuit Product | Current SHEIN Product |
| --- | --- |
| |  |
| **2021 SHEIN Boots from Prior Lawsuit (RW2107249811137033)** | **2024 SHEIN Boots (sx2112046827192298)** |

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

| Prior Lawsuit Product | Current SHEIN Product |
|---|---|
|  |  |
| **2021 SHEIN Boots from Prior Lawsuit (Sw2107018313603660)** | **2024 SHEIN Boots (sx2308026778119009)** |
|  |  |
| **2021 SHEIN Boots from Prior Lawsuit (SWSHOES08190823730)** | **2024 SHEIN Boots (sx2308026778152911)** |

43.    Despite being on notice of AirWair's intellectual property rights and notwithstanding receipt of multiple breach notices under the Settlement Agreement, SHEIN deliberately continued to manufacture, import, distribute, license, sell, market, advertise, promote, and/or offer for sale numerous styles that are confusingly similar to the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks.

44.    Upon information and belief, SHEIN intentionally manufactured, imported, distributed, licensed, sold, marketed, advertised, promoted, and/or offered for sale unlawful knock-offs of genuine AirWair products in order to capitalize on the reputation

and fame of the Dr. Martens brand. SHEIN's conduct makes this an "exceptional" and "willful" case of counterfeiting and infringement within the meaning of 15 U.S.C. §§ 1117(a), (b), and (c), because SHEIN knowingly and intentionally marketed, offered, and sold knock-off footwear with the intent to confuse consumers. AirWair is therefore entitled to treble damages and attorneys' fees.

45.    The use of the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks, or marks that are confusingly similar to any of AirWair's marks, on the infringing footwear sold by SHEIN suggests a sponsorship and affiliation with AirWair and its products that does not exist.

46.    SHEIN has no right to use, and is contractually prohibited from using, the AirWair Classic Trade Dress, Jadon Trade Dress, or AirWair Registered Trademarks. SHEIN's sale, advertisement, distribution, and promotion of the infringing footwear in the United States is without authorization or consent from AirWair.

47.    SHEIN's conduct has been systemic and deliberate. SHEIN has copied the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks in a deliberate and calculated attempt to trade upon the popularity and distinctive appearance and design of Dr. Martens footwear.

48.    By reason of SHEIN's acts, AirWair has suffered and will continue to suffer damage to its business, reputation, and goodwill, and the loss of sales and profits AirWair would have realized but for SHEIN's acts. Unless restrained and enjoined, SHEIN will continue to engage in the acts complained of and irreparably damage AirWair. AirWair's remedy at law is not adequate to compensate AirWair for all the resulting injuries arising from SHEIN's actions.

## FIRST CLAIM FOR RELIEF

### (Breach of Contract)

49.    AirWair realleges and incorporates by reference paragraphs 1 through 48 of this Complaint.

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

50.     AirWair and SHEIN are parties to the Settlement Agreement, which was entered into on January 19, 2022.

51.     The Settlement Agreement is a valid contract in full force and effect at the time this Complaint is filed and binding on AirWair and on SHEIN.

52.     AirWair has performed all of its obligations under the Settlement Agreement.

53.     By manufacturing, importing, distributing, licensing, selling, marketing, advertising, promoting, and/or offering for sale products identified in the various Breach Notices identified herein, SHEIN has breached Paragraph 6 of the Settlement Agreement.

54.     As a result of SHEIN's breaches, AirWair has suffered and will suffer harm and is entitled to damages.

## SECOND CLAIM FOR RELIEF

### (Violation of the Implied Covenant of Good Faith and Fair Dealing)

55.     AirWair realleges and incorporates by reference paragraphs 1 through 54 of this Complaint.

56.     The Settlement Agreement, like every other contract entered into under California law, imposes upon each party an implied duty of good faith and fair dealing in the performance and enforcement of that contract.

57.     SHEIN had a contractual obligation under the Settlement Agreement to refrain from manufacturing, importing, distributing, licensing, selling, marketing, advertising, promoting, and/or offering for sale footwear bearing certain designs.

58.     By repeatedly manufacturing, importing, distributing, licensing, selling, marketing, advertising, promoting, and/or offering infringing footwear among its vast and constantly changing product offerings at www.shein.com, SHEIN has frustrated AirWair's right to benefit from the Settlement Agreement.

59.     AirWair entered into the Settlement Agreement with the belief and intent that it would resolve the Prior Litigation and provide a reasonable extrajudicial means of addressing any future disputes. AirWair did not anticipate that SHEIN's infringing

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

1    activities would continue unless AirWair employed a comprehensive program for

2    monitoring SHEIN's activities to catch infringements.

3        60.    SHEIN has therefore breached the covenant of good faith and fair dealing

4    implied in connection with the performance of the Settlement Agreement, causing harm to

5    AirWair as a result of AirWair's repeated investment of time and resources expended to

6    enforce SHEIN's compliance and to address SHEIN's noncompliance with the Settlement

7    Agreement.

8                        **THIRD CLAIM FOR RELIEF**

9            **(Trademark Infringement in Violation of Lanham Act Section 32,**

10                            **15 U.S.C. § 1114)**

11        61.    AirWair realleges and incorporates by reference paragraphs 1 through 60 of

12    this Complaint.

13        62.    SHEIN has, on or in connection with footwear products, including the

14    October 25 Infringements and the November 25 Infringements, used in commerce, a

15    reproduction, counterfeit, copy, or colorable imitation of one or more of the AirWair

16    Registered Trademarks in connection with the sale, offering for sale, distribution, and/or

17    advertising of goods and services, which use is likely to cause confusion, or to cause

18    mistake, or to deceive.

19        63.    SHEIN has, on or in connection with footwear products, reproduced,

20    counterfeited, copied, and/or imitated one or more of the AirWair Registered Trademarks

21    and has applied such reproductions, counterfeits, copies, and colorable imitations to

22    footwear, signs, displays, advertisements, promotional materials, packaging, website

23    content, and other materials used in commerce in connection with the sale, offering for

24    sale, distribution, or advertising of goods and services, which use is likely to cause

25    confusion, or to cause mistake, or to deceive.

26        64.    SHEIN is acting and has acted with knowledge that the copying and use of

27    the AirWair Registered Trademarks is unauthorized, and such imitation is intended to

28    cause confusion, or to cause mistake, or to deceive.

Bryan Cave Leighton Paisner LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105-2122

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

65.    SHEIN's acts are in violation of 15 U.S.C. § 1114, and AirWair has been and is likely to be damaged by these acts.

### FOURTH CLAIM FOR RELIEF

### (Federal Unfair Competition and False Designation of Origin in Violation of Lanham Act Section 43(a), 15 U.S.C. § 1125(a))

66.    AirWair realleges and incorporates herein by reference paragraphs 1 through 65 of this Complaint.

67.    SHEIN's unlawful copying and use of the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks in connection with its footwear products is a false and misleading designation of origin, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of SHEIN with AirWair, or as to the origin, sponsorship, or approval of SHEIN's goods or commercial activities by AirWair.

68.    SHEIN's acts are in violation of 15 U.S.C. § 1125(a), and AirWair has been and is likely to be damaged by these acts.

### FIFTH CLAIM FOR RELIEF

### (Federal Trademark Dilution in Violation of Lanham Act Section 43(c), 15 U.S.C. § 1125(c))

69.    AirWair realleges and incorporates herein by reference paragraphs 1 through 68 of this Complaint.

70.    The AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks are distinctive and famous in the United States in that they are widely recognized by the general consuming public as a designation of source for AirWair's high quality goods and services.

71.    After AirWair's marks became distinctive and famous, SHEIN has used and is using trademarks and trade dress on footwear products, including the October 25 Infringements and the November 25 Infringements, that are substantially indistinguishable from or highly similar to AirWair's.

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

72.    On information and belief, SHEIN acted with knowledge of the fame and reputation of the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks with the purpose of usurping such rights and to willfully and intentionally confuse, mislead, and deceive members of the public.

73.    SHEIN's actions have and are likely to dilute, blur, and tarnish the distinctive quality of the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks, and to lessen the capacity of those marks to identify and distinguish the company's products.

74.    SHEIN's acts are in violation of 15 U.S.C. § 1125(c), and AirWair has been and is likely to be damaged by these acts. Unless SHEIN is restrained, AirWair will continue to suffer damages and injury to its reputation and goodwill.

75.    Because SHEIN acted willfully and intentionally to trade on AirWair's reputation and cause dilution of its famous AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks, AirWair is entitled to damages, fees, and costs pursuant to 15 U.S.C. § 1125(c)(5).

## SIXTH CLAIM FOR RELIEF

### (Unfair Competition in Violation of Cal. Bus.
### & Prof. Code Section 17200 *et seq.*)

76.    AirWair realleges and incorporates herein by reference paragraphs 1 through 75 of this Complaint.

77.    SHEIN's acts, including the unlawful use and imitation of the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks in connection with the manufacture, marketing, distribution, and sale of footwear products, constitute an unlawful, unfair and/or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising, in violation of California Business and Professions Code § 17200 *et seq.*

78.    SHEIN's pattern and practice of imitating the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks in connection with footwear

products, and of trading upon AirWair's goodwill and reputation, constitutes an unfair business practice in violation of California Business and Professions Code § 17200 *et seq.*

79.    SHEIN's conduct was willful, and AirWair has been and is likely to be damaged by this conduct.

## SEVENTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

80.    AirWair realleges and incorporates by reference paragraphs 1 through 79 of this Complaint.

81.    SHEIN's use and imitation of the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks in its footwear constitutes infringement, passing off, copying, imitation, and misappropriation of AirWair's intellectual property, unjust enrichment of SHEIN, and unfair competition with AirWair in violation of AirWair's rights under the common law of the State of California and other states of the United States.

82.    SHEIN's willful acts of misrepresentation, fraud, and deceit have unjustly enriched SHEIN by exploiting AirWair's reputation in the market, caused harm to AirWair, and violated AirWair's rights.

## EIGHTH CLAIM FOR RELIEF

### (Dilution in Violation of Cal. Bus. & Prof. Code

### Section 14200 *et seq.*)

83.    AirWair realleges and incorporates by reference paragraphs 1 through 82 of this Complaint.

84.    The AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks are famous and distinctive in California, in that they are widely recognized by the general consuming public as a strong designation of source of AirWair's high quality goods and services.

85.    After the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks became famous in California, SHEIN began using trade dress and

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

trademarks in connection with the infringing footwear that are substantially identical to AirWair's.

86.     SHEIN's actions have diluted, blurred, and tarnished the strong and positive associations represented by the AirWair Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks by lessening their capacity to identify and distinguish AirWair's products and by causing AirWair's products and the AirWair Classic Trade Dress, Jadon Trade Dress, and AirWair Registered Trademarks to be associated with footwear not made, sponsored, or approved by AirWair.

87.     SHEIN acted willfully and intentionally to trade on AirWair's reputation and cause dilution of its famous trade dress and trademarks.

88.     SHEIN's acts are in violation of California Business & Professions Code sections 14200 *et seq.*, and AirWair has been and is likely to be damaged by these acts.

89.     AirWair has been damaged by way of lost sales and harm to its reputation.

## **PRAYER FOR RELIEF**

Wherefore, AirWair prays for judgment in its favor and against SHEIN:

A.     A preliminary and permanent injunction enjoining ZoeTop Business Company, Limited, its officers, shareholders, agents, servants, employees, attorneys, successors and assigns, affiliates, suppliers, manufacturers, distributors, business partners, e-tailers, retailers, and those in privity with SHEIN, and those persons in active concert or participation with any of them who receive actual notice of the judgment by personal service or otherwise, from manufacturing, importing, distributing, licensing, selling, marketing, advertising, promoting, or offering for sale the October 25 Infringements, the November 25 Infringements, or any other footwear products that use, imitate, or copy any of the AirWair Classic Trade Dress, Jadon Trade Dress, and/or any of the features described in the AirWair Registered Trademarks ("**Enjoined Footwear**").

B.     An Order directing SHEIN to file with this Court and serve on AirWair's counsel within 30 days after service of an injunction, a report under oath setting forth in detail the manner and form in which SHEIN has complied with the injunction.

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

C.    An Order that (1) all point-of-sale materials, labels, signs, boxes, prints, catalogs, line sheets, marketing materials, internet web pages, metatags, packages, papers, other trade dress, and advertisements in the possession or control of SHEIN bearing images, illustrations, or representations of Enjoined Footwear, AirWair Classic Trade Dress, Jadon Trade Dress, AirWair Registered Trademarks, Dr. Martens® name, AirWair name, and undersole patterns, and all plates, molds, matrixes, and other means of making the same, be delivered to AirWair's counsel or destroyed in accordance with written instructions from AirWair; and (2) that all Enjoined Footwear be delivered to AirWair or destroyed in accordance with written instructions from AirWair.

D.    An accounting of SHEIN's profits arising from SHEIN's unfair competition and trademark infringement.

E.    An award of SHEIN's profits on sale of Enjoined Footwear to AirWair.

F.    Liquidated damages pursuant to the Settlement Agreement.

G.    An award of actual damages sustained by AirWair.

H.    An order that SHEIN must engage in corrective advertising.

I.    In the alternative to actual damages and profits, an award of statutory damages in an amount of not more than $2,000,000 per counterfeit mark per type of services and/or goods sold or offered for sale by SHEIN.

J.    An award of treble the actual damages awarded for use of a counterfeit mark pursuant to 15 U.S.C. § 1117(b). AirWair reserves the right to elect, any time before final judgment, statutory damages under 15 U.S.C. § 1117(c) in lieu of actual damages and profits.

K.    Pre-judgment and post-judgment interest on the above damage awards.

L.    An award of costs and reasonable attorney's fees and expenses incurred by AirWair in connection with this action and in accordance with the terms of the Settlement Agreement.

M.    Such other and further relief which this Court may deem just.

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

1

## **DEMAND FOR JURY TRIAL**

2          AirWair hereby demands a trial by jury.

3

4     Dated:  November 25, 2024          **BRYAN CAVE LEIGHTON PAISNER LLP**

5                                        By:  */s/ K. Lee Marshall*

6                                             Kenneth Lee Marshall
                                           Attorneys for Plaintiff
7                                          AIRWAIR INTERNATIONAL LTD.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LEIGHTON PAISNER LLP
ONE KANSAS CITY PLACE
1200 MAIN STREET, SUITE 3800
KANSAS CITY, MISSOURI 64105-2122

COMPLAINT

# Exhibit 1

# Reg. No. 2,437,750

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 2,437,750
Registered Mar. 27, 2001

**TRADEMARK**
**PRINCIPAL REGISTER**



R.GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED
FOR THE COLOR YELLOW AND CLAIM IS MADE
TO COLOR.

THE MARK CONSISTS OF A WELT STITCH
LOCATED AROUND THE PERIMETER OF FOOT-
WEAR. THE PHANTOM LINING IS NOT A PART
THE MARK, BUT MERELY INDICATES THE POSI-
TION OF THE MARK.

SEC. 2(F).

SER. NO. 74-494,463, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-
TORNEY

# Reg. No. 2,437,751

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

Reg. No. 2,437,751
Registered Mar. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOROUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED
FOR THE COLOR YELLOW, AND CLAIM IS MADE
TO COLOR.

THE MARK CONSISTS OF THE COMBINATION
OF YELLOW STITCHING IN THE WELT AREA
AND A TWO-TONE GROOVED SOLE EDGE.

SEC. 2(F).

SER. NO. 74-494,466, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-
TORNEY

# Reg. No. 2,102,468

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,102,468
Registered Oct. 7, 1997

### TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOR-
OUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 8-0-1992, FIRST USED IN AN-
OTHER FORM IN 1978; IN COMMERCE

9-0-1992, FIRST USED IN COMMERCE IN AN-
OTHER FORM IN 1984.

THE PHANTOM LINING IS NOT A PART OF
THE MARK, BUT MERELY INDICATES THE
POSITION OF THE MARK.

THE MARK CONSISTS OF THE DESIGN OF
AN UNDERSOLE.

SER. NO. 74–502,418, FILED 3–21–1994.

JEFFREY LOOK, EXAMINING ATTORNEY

# Reg. No. 5,067,689

**United States of America**

United States Patent and Trademark Office



**Reg. No. 5,067,689**

**Registered Oct. 25, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Airwair International Ltd. (UNITED KINGDOM CORPORATION)
Cobb's Lane, Wollaston
Northamptonshire UNITED KINGDOM NN297SW

CLASS 25: Footwear

FIRST USE 00-00-1960; IN COMMERCE 00-00-1984

The mark consists of the design of a sole edge including longitudinal ribbing, and a dark color band over a light color. The phantom lining is not a part of the mark, but merely indicates the position of the mark.

OWNER OF U.S. REG. NO. 2437751, 2437750, 2104349

SEC.2(F)

SER. NO. 86-939,691, FILED 03-14-2016
EUGENIA K MARTIN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# Reg. No. 5,067,692



**Reg. No. 5,067,692**

**Registered Oct. 25, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Airwair International Ltd. (UNITED KINGDOM CORPORATION)
Cobb's Lane, Wollaston
Northamptonshire UNITED KINGDOM NN297SW

CLASS 25: Footwear

FIRST USE 00-00-1960; IN COMMERCE 00-00-1984

The mark consists of longitudinal ribbing and a dark color band over a light color on the outer sole edge, welt stitching, and a tab located at the top back heel of footwear. The phantom lining is not a part of the mark, but merely indicates the position of the mark.

OWNER OF U.S. REG. NO. 2437750, 2341976, 2104349

SEC.2(F)

SER. NO. 86-939,740, FILED 03-14-2016
EUGENIA K MARTIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# Reg. No. 2,835,657

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,835,657
Registered Apr. 27, 2004

**TRADEMARK**
**PRINCIPAL REGISTER**



R. GRIGGS GROUP LIMITED (UNITED KING-
   DOM CORPORATION)
NENE PARK STATION ROAD
IRTHLINGBOROUGH, NORTHANTS, UNITED
   KINGDOM NN9 5QG

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1984.

OWNER OF U.S. REG. NOS. 1,940,547, 1,946,294
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE THE DESIGN OF A LOOP LOCA-
TED AT THE TOP OF THE HEEL OF FOOTWEAR,
APART FROM THE MARK AS SHOWN.

THE DRAWING IS LINED FOR THE COLORS
YELLOW AND BLACK, AND COLOR IS CLAIMED
AS A FEATURE OF THE MARK. THE PHANTOM
LINING IS NOT A PART OF THE MARK, BUT
MERELY INDICATES THE POSITION OF THE
MARK

THE MARK CONSISTS OF THE WORD "AIR-
WAIR" IN STYLIZED YELLOW LETTERING ON A
BLACK LOOP AFFIXED TO THE HEEL OF FOOT-
WEAR, AS SHOWN IN THE ACCOMPANYING
DRAWING.

SER. NO. 75-450,053, FILED 3-13-1998.

DOUGLAS LEE, EXAMINING ATTORNEY

# Reg. No. 7,039,347

## United States of America
### United States Patent and Trademark Office



**Reg. No. 7,039,347**

**Registered May 02, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Airwair International Ltd. (UNITED KINGDOM CORPORATION)
Cobb's Lane, Wollaston
Northamptonshire, UNITED KINGDOM NN297SW

CLASS 25: Footwear

FIRST USE 00-00-1960; IN COMMERCE 00-00-1984

The mark consists of a three-dimensional configuration of the midsole of footwear consisting of a combination of contrast stitching in the welt area and a two-tone grooved sole edge. The dotted line portions of the drawing are not part of the mark and serve only to show the position of the mark on the goods.

OWNER OF U.S. REG. NO. 2437751, 5067692, 5067689

SEC.2(F)

SER. NO. 88-857,194, FILED 04-02-2020

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# Reg. No. 7,039,348

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,039,348**

**Registered May 02, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Airwair International Ltd. (UNITED KINGDOM CORPORATION)
Cobb's Lane, Wollaston
Northamptonshire, UNITED KINGDOM NN297SW

CLASS 25: Footwear

FIRST USE 00-00-1995; IN COMMERCE 00-00-1995

The mark consists of a three-dimensional configuration of the midsole of footwear consisting of a combination of contrast stitching in the welt area and a grooved sole edge on a thick sole. The dotted line portions of the drawing are not part of the mark and serve only to show the position of the mark on the goods.

OWNER OF U.S. REG. NO. 2437751, 5067692, 5067689

SEC.2(F)

SER. NO. 88-857,201, FILED 04-02-2020

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



# Reg. No. 7,182,779



## United States of America
### United States Patent and Trademark Office

**Reg. No. 7,182,779**

**Registered Oct. 03, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

AIRWAIR INTERNATIONAL LTD. (UNITED KINGDOM CORPORATION)
COBB'S LANE, WOLLASTON
NORTHAMPTONSHIRE, UNITED KINGDOM NN297SW

CLASS 25: footwear

FIRST USE 3-1-2018; IN COMMERCE 3-1-2018

The color(s) yellow and black is/are claimed as a feature of the mark.

The mark consists of a three-dimensional configuration of footwear consisting of a grooved sole edge in black, a two-tiered welt area with rounded edges intersected by yellow stitching, and a grooved footbed edge in black. The dotted line portions of the drawing are not part of the mark and serve only to show the position of the mark on the goods.

OWNER OF U.S. REG. NO. 2437751, 5067692, 2437750

SEC.2(F)

SER. NO. 97-636,209, FILED 10-18-2022



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



# Reg. No. 2,904,858



United States Patent and Trademark Office

AirWair

| | |
|---|---|
| **Reg. No. 2,904,858** | AIRWAIR INTERNATIONAL LTD. (UNITED KINGDOM CORPORATION) |
| **Registered Nov. 23, 2004** | COBBS LANE<br>WOLLASTON, NORTHAMPTONSHIRE, UNITED KINGDOM NN29 7SW |
| **New Cert. Aug. 26, 2014** | FOR: [CLOTHING, NAMELY,] FOOTWEAR [,COATS, JACKETS, ANORAKS, PARKAS, T- |
| **Int. Cl.: 25** | SHIRTS, POLO SHIRTS, LONG AND SHORT SLEEVED SHIRTS, BLOUSES, TANK TOPS, SWEATERS, SWEATSHIRTS, SWEATPANTS, PANTS, JEANS, SHORTS, SKIRTS, DRESSES, VESTS, WAISTCOATS, BELTS, SOCKS, HATS, GLOVES, AND CAPS], IN CLASS 25 (U.S. CLS. 22 AND 39). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 1-1-1960; IN COMMERCE 9-1-1984. |
| | OWNER OF U.S. REG. NOS. 1,940,547, 1,940,548 AND 1,946,294. |
| | SER. NO. 78-258,712, FILED 6-5-2003. |



Michelle K. Lee

Deputy Director of the United States
Patent and Trademark Office

# Reg. No. 1,940,547

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**    Reg. No. 1,940,547
Registered Dec. 12, 1995

## TRADEMARK
### PRINCIPAL REGISTER



R.GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST USE 4-0-1961; IN COMMERCE
9-0-1984.
OWNER OF U.S. REG. NO. 1,517,274.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SOLES", APART FROM THE
MARK AS SHOWN.
THE DRAWING IS LINED FOR THE COLOR
YELLOW AND COLOR IS A FEATURE OF
THE MARK.

SER. NO. 74–522,326, FILED 5-4-1994.

MARY ROSSMAN, EXAMINING ATTORNEY

# Reg. No. 6,167,927

## United States of America
### United States Patent and Trademark Office

## WITH BOUNCING SOLES

**Reg. No. 6,167,927**

**Registered Oct. 06, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

AIRWAIR INTERNATIONAL LTD. (UNITED KINGDOM CORPORATION)
Cobb's Lane
Wollaston, Northants, UNITED KINGDOM NN297SW

CLASS 25: Footwear; Clothing, namely, shirts, socks, hats, and scarves

FIRST USE 00-00-1965; IN COMMERCE 9-00-1984

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3070408, 1940547, 3070409, 1940548

No claim is made to the exclusive right to use the following apart from the mark as shown: "SOLES" FOR FOOTWEAR IN INTERNATIONAL CLASS 025

SER. NO. 88-820,543, FILED 03-04-2020





Director of the United States
Patent and Trademark Office

# Exhibit 2

# FILED UNDER SEAL

# Exhibit 3

## European And American Style Buckle Casual Beach Sandals Thick-Soled Flat Sandals For Summer - Sx2403060535045939









# 2023 New Arrival Women's Soft Leather Boots, British Style Spring & Autumn Ankle Boots, Summer Thin Section, Thick Bottom Short Boots - Sx2310272571928445











## Women's Fashionable Pink Heart Shaped Thick-soled Ankle Boots, With Black and Pink Outfit - SX2309157093025829











## Dream Paris Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up - Sx2211177712788299











## Dream Paris Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up - Sx2211177712740444











## Goth Women Bat Buckle Décor Lace-up Front Combat Boots Cool Outdoor Fashion Boots - Rx2307238584849964











# Balabala Young Fashion Martin Boots - Sx2310164040475049













**New Lace-Up Boots Women, British Style Mid-Heel Platform Short Boots, Round Toe Ankle Boots For Ladies - sx2408284288433862**











24

## Faux Leather Lace Up Lug Sole Combat Boots - Sx2308186486415203









## Faux Leather Lace Up Lug Sole Combat Boots - Sx2308180858117191







## Women's Platform Ankle Boots Low Heel Chelsea Boots Fashion Slip On Booties - sx2308026778152911







## Women's Platform Ankle Boots Low Heel Chelsea Boots Fashion Slip On Booties - sx2308026778119009









# Women's Pink Fashion Boots with Heart-shaped thick sole Y2k style - sx2309151179663835





**Women's New Black With Pink Bow Decoration Lace-Up Light Luxury Fashion All-Match Boots Internet Celebrity Fairy Style Princess Series - sx2407220170297775**









## New Arrival High-End Boots British Style Formal Business Wedding Groom Leather Shoes Men's Casual Shoes - sx231230605697661











# Girls-Boys-Spring-Patent-Combat-Work-Boots-Wedding-Party-Prom Side-Zipper-Ankle-Boots - Sk2308260459622778











**Women's Fashionable Lucie Boot - sx2312272562731438**





47





## Women's Chunky Heel Boots, Fashionable Lace-Up Ankle Boots, Comfortable Ankle Boots - sx2408066197441961

















## New Ankle Boots And Short Boots, Round Toe, Slip-On, Outdoor Casual, Pink Shoelaces, Side Zipper Decoration, Style With Sweater, Pink

## Sequin Heart Stripe Decoration - sx2406295990508018









# Women Fashion Ankle Boots, Casual Short Boots, Classic Mid-Calf Boots, Ladies Motorcycle Shoes, Mid-Calf Boots, Women Boots - sx2407065348844371











# Genuine Leather Boots For Women, 2023 New Collection, British Style, Spring_Autumn Single Boots, Thin And Summer Short Boots Featuring Slim And Thick Bottom - Sx2310272571949819











# Kids' Beige Boots - Sk2310057012215416











**Men's Thick Sole Anti-Slip Wear-Resistant Round Toe Stylish Spider Web Design Lace-Up Casual Leather Shoes, Retro Fashion And Versatile Business Formal Leather Boots - sx2407307720733312**







## Women's Platform Chelsea Boots Low Heel Ankle Boots Fashion Slip On Booties - sx2308254757944787







## Women's Black Short Boots Retro Metal Buckle Round Toe Platform Motorcycle Boots - sx2407086197161863









## Women's Ankle Boots Fashion Booties Low Heel Lace up Ankle Boots - SX2307202855835711









## 2024 New Thick Sole Boots White Short Ankle Boots For Women, Spring Autumn British Style - sx2112046827192298











## Children's Boots - sk2309099907087377











# Women's New Black with Pink Box Decoration Lace-Up Light Luxury Ankle Boots - sx2407229706776390











**Men's Low-Cut Lace Up Leather Loafers with Round Toe, Suitable For Business, Office, Formal Wear - Sx2401196755872864**









## Faux Leather Lace Up Sole Combat Boots - Sx2308186040979785









## SHUZIA Women Solid Color Cross Strap Platform Wedge Sandals - sx2401252312031838









## Women's Lolita Fashion Boots Autumn Winter New Retro Contrast Color Sweet Punk Round Toe Lace-Up Thick Bottom British Ankle Boots - sx2407225153385500









**Women's Platform Chelsea Boots Low Heel Ankle Boots Fashion Slip On Booties - sx2308254757900262**





# Women's Platform Chelsea Boots Low Heel Ankle Boots Fashion Slip On Booties - sx2308254757959010









## 2024 New Thick Sole Boots White Short Ankle Boots For Women, Spring Autumn British Style - sx2112046827197660









# Women's Fashionable Motorcycle Boots, British Style, Autumn New Style, Niche Street Explosion, Thick Heel Short Boots In Pink - Sx2309185495646637









## Shuzia Women's Black PU Iconic Replica Platform Boots - Sx2308184467358951











# European & American Women Summer Flat Sandals - Sx2403022142424209















**Men Autumn Boots Men Boots High Top Shoes British Style Work Boots Trendy Shoes Korean Version All Match - sx2407155475256533**













## SHUZIA Ladies White Trendy Platform New 2024 Combat Fashion Booties Shoe's - Sx2406195517632924










# Exhibit 4

# Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up - baby pink (sx2211177712705066)







# Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up - black (sx2211177712754606)





# Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up - multicolor (sx2211177712788167)







# Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up - red (sx2211177712755883)







# Girls Boys Glitter Ankle Boots Side Zipper Combat Shoes with Lace Up - silver (sx2211177712721002)







# Kids Girls Glitter Ankle Boots Lace Up Waterproof Combat Boots With Side Zipper (Toddler) – pink (sk2305236190947306)









# SHUZIA Women's Stitching Platform Combat Boots–Lace-Up With Side Zipper, Trendy Essential (sx2408292341193182)







# Women Chunky Lug Sole Lace Up Ankle Boots - black (sx2410086983796686)





# Olivia Miller Girls Toddler Space Case Combat Boots – silver
# (sk2406196700247456)









# Olivia Miller Girls Toddler Space Case Combat Boots – black
# (sk2406196700271510)









# Olivia Miller Girls Toddler Space Case Combat Boots – pink
# (sk2406196700219155)









