UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., A COMPANY OF THE UNITED KINGDOM,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZOETOP BUSINESS CO., LIMITED D/B/A SHEIN, A HONG KONG CORPORATION,<br><br>    Defendants. | Case No. 24-cv-08437-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  6/6/2025

ADR:  Private Mediation to be completed by 8/15/2025

FURTHER CASE MANAGEMENT: 9/5/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 1/29/2026.

DESIGNATION OF EXPERTS: 2/25/2026; REBUTTAL: 3/25/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/22/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/7/2026;
    Opp. Due: 5/28/2026; Reply Due: 6/11/2026;
    and set for hearing no later than 6/26/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  8/18/2026
PRETRIAL CONFERENCE DATE: 9/1/2026 at 1:30 PM.

JURY TRIAL DATE: 9/14/2026 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: June 2, 2025

_____
SUSAN ILLSTON
United States District Judge