**GREENBERG TRAURIG, LLP**
Valerie W. Ho (SBN 200505)
*Valerie.Ho@gtlaw.com*
David H. Marenberg (SBN 329954)
*MarenbergD@gtlaw.com*
Evan Morehouse (SBN 358293)
*Evan.Morehouse@gtlaw.com*
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Telephone: 310-586-7700; Facsimile: 310-586-7800

**GREENBERG TRAURIG, LLP**
Justin A. MacLean (*Pro Hac Vice*)
*Justin.MacLean@gtlaw.com*
One Vanderbilt Avenue
New York, NY 10017
Telephone: 212-801-9200; Facsimile: 212-801-6400

Attorneys for Defendants
Zoetop Business Co., Ltd., SHEIN Distribution
Corporation, and SHEIN US Services, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>Plaintiff,<br><br>vs.<br><br>ZOETOP BUSINESS CO., LIMITED d/b/a SHEIN, a Hong Kong corporation; SHEIN DISTRIBUTION CORP.; and SHEIN US SERVICES, LLC,<br><br>Defendants. | CASE NO. 24-CV-8437-SI<br><br>**DEFENDANT SHEIN DISTRIBUTION CORPORATION'S FED. R. CIV. P. 7.1 DISCLOSURE AND CIV. L-R 3-15 CERTIFICATION**<br><br>Date Action Filed: November 11, 2024 |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Defendant SHEIN Distribution Corporation ("SDC") is a corporation whose indirect operating parent is Roadget Business Pte. Ltd., and no publicly held corporation owns 10% or more of SDC's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding: Roadget Business Pte. Ltd.

DATED: July 3, 2025                    **GREENBERG TRAURIG, LLP**

By:  /s/ *Valerie W. Ho*
Valerie W. Ho
Attorneys for Defendants Zoetop Business Co., Ltd., SHEIN Distribution Corporation, and SHEIN US Services, LLC