

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>    Plaintiff,<br><br>vs.<br><br>ZOETOP BUSINESS CO., LIMITED d/b/a SHEIN, a Hong Kong corporation,<br><br>    Defendant. | CASE NO.: 24-CV-8437-SI<br><br>[PROPOSED] ORDER GRANTING STIPULATION **AS AMENDED** TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO MOTION TO DISMISS COUNTERCLAIMS AND CONTINUING HEARING DATE |

1  Having considered the Stipulated Request by Plaintiff Airwair International Ltd. ("Plaintiff") and Defendants Zoetop Business Co., Ltd. ("Zoetop"), SHEIN Distribution Corporation ("SDC"), and SHEIN US Services, LLC ("SHUS") (collectively, "Defendants"), and finding good cause shown, the Court HEREBY ORDERS that:

Defendants shall file a response to Plaintiff's Motion to Dismiss Counterclaims and Strike Affirmative Defenses (D.E. 76, "Motion") by August 21, ~~2021~~ 2025; and

<u>Plaintiff shall file a reply brief by August 28, 2025; and</u>

The hearing date for the Motion is continued from August 29, 2025, to September 12, 2025.

IT IS SO ORDERED.

DATED: July 29, 2025

_____
Hon. Susan Illston
United States District Judge

1

Case No. 24-CV-8437-SI
[Proposed] Order Granting Stipulated Request for Order Extending Time to Respond to Motion to Dismiss

713401200